UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN JAMES JOHNSON,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>K. GRAVES,<br>　　　　　　　Defendant. | 1:17-CV-01159 DAD SAB (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT RYAN JAMES JOHNSON, CD # V-74898,<br><br>DATE: August 14, 2018<br>TIME: 9:30 a.m.<br>LOCATION: Courtroom 8 (BAM) |

RYAN JAMES JOHNSON, inmate, CDC #V-74898, a necessary and material witness on his own behalf in proceedings in this case on August 14, 2018, is confined at California Correctional Institution (CCI), PO Box 608, Tehachapi, CA 93581, in the custody of the Warden/Sheriff. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate, along with any necessary legal property, before the Honorable Barbara A. McAuliffe, in Courtroom #8, 6th Floor, United States Courthouse, 2500 Tulare Street, Fresno, California on August 14, 2018, at 9:30 a.m.

### ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, **along with any necessary legal property**, to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden OR Sheriff of California Correctional Institution (CCI)**

**WE COMMAND** you to produce the inmate named above, along with any necessary legal property, to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: __July 17, 2018__

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

