

AUG 14 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN JAMES JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>K. GRAVES, et al.,<br><br>    Defendants. | Case No.: 1:17-cv-01159-DAD-SAB (PC)<br><br>ORDER THAT INMATE RYAN JAMES JOHNSON IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

    Plaintiff Ryan James Johnson is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

    A settlement conference in this matter commenced on August 14, 2018. Inmate Ryan James Johnson, CDCR #V-74898, is no longer needed as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

Dated: **August 14, 2018**

_____
UNITED STATES MAGISTRATE JUDGE